## No. 6601.

### EDWARD MEYER VS. G. DEFFARGE.

When delay has been granted to the appellant for the correction of errors and irregularities in the transcript, and the delay expires without such correction being made, and further time has not been seasonably asked, and the motion to dismiss is renewed, such motion will prevail.

APPEAL from the Fourth District Court of New Orleans.    HOUSTON, J.

*Hornor & Benedict* and *Baker* for Plaintiff.    *G. Schmidt, C. E. Schmidt,* and *Cotton & Levy* for Garnishee Appellant.

A motion to dismiss was made for incompleteness of the transcript, and was sustained.    On rehearing, the dismissal was rescinded for sufficient cause shown, and a delay of fifteen days allowed the appellant to correct the irregularities specified.    The delay having expired, and the motion to dismiss being renewed, it appearing that the appellant had not endeavored to correct any errors or supply the omissions,

DE BLANC, J., dismissed the appeal.

## No. 6651.

### JOSEPH RAU AND GEORGE HERRLE, COMS., VS. CHARLES LACOUME
### ET AL.

A purchaser of property actually in litigation, who buys *pendente lite,* is affected with notice as much as if he had personal knowledge of the suit, and will be bound by the judgment rendered therein.  Gillespie v. Cammack, 3 La. Ann. 249, affirmed.

APPEAL from the District Court for Jefferson.    PARDEE, J.

*Commandeur* for Plaintiff.    *Hornor & Benedict* and *Baker* for Defendant Appellant.